**Burton G. McDONALD, Appellant, v. UNITED STATES of America, Appellee.**

No. 6681.

Circuit Court of Appeals, Ninth Circuit.

March 31, 1932.

See opinion of March 21, 1932, McDonald v. Harding, Judge, 57 F.(2d) 119, on petition for mandamus.

George B. Grigsby of Ketchikan, Alaska (Robert W. Jennings, of San Francisco, Cal., of counsel), for appellant.

Howard D. Stabler, U. S. Atty., of Juneau, Alaska.

Before WILBUR and SAWTELLE, Circuit Judges, and ST. SURE, District Judge.

PER CURIAM.

Ordered that a judgment of affirmance be filed and entered in this court, and that the mandate of this court issue 30 days from date.

■

**Louise MYSELL, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

**Hart L. WEAVER v. SAME.**

**A. R. DENNIS v. SAME.**

**Florence I. RICHARDSON, Executrix of the Estate of William L. Richardson, Deceased, v. SAME.**

**James F. GURLEY v. SAME.**

Nos. 6654–6658.

Circuit Court of Appeals, Ninth Circuit.

May 20, 1932.

Philip G. Sheehy, of San Jose, Cal., and A. E. Cooley, of San Francisco, Cal., for petitioners.

G. A. Youngquist, Asst. Atty. Gen., and C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for respondent.

Before WILBUR and SAWTELLE, Circuit Judges, and NETERER, District Judge.

PER CURIAM.

These causes came on to be heard on the transcripts of record in the above causes, and upon the stipulations of counsel for the respective parties, contained in the transcripts, that the decision of the United States Circuit Court of Appeals for the Ninth Circuit on the petition to review in each of these causes shall abide the decision of said court in the companion case of Chester N. Weaver v. Commissioner of Internal Revenue, decided May 16, 1932, 58 F.(2d) 755.

Upon consideration whereof, it is ordered that a judgment of reversal be filed and entered in each of above causes.